1 | AARON D. FORD
Attorney General
2 | DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
3 | State of Nevada
Public Safety Division
4 | 100 N. Carson Street
Carson City, NV 89701-4717
5 | Tel: (775) 684-1150
E-mail: drands@ag.nv.gov
6 |
*Attorneys for Defendants*
7 |

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

10 | JASMINE PAUL SANCHEZ,

11 | Plaintiff,

Case No. 3:18-cv-00317-MMD-CLB

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

12 | v.

13 | ELY STATE PRISON, et al.,

14 | Defendants.

15 | JASMINE PAUL SANCHEZ,

16 | Plaintiff,

Case No. 3:18-cv-00475-MMD-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

17 | v.

18 | GITTERE, et al.,

19 | Defendants.

20 | JASMINE PAUL SANCHEZ,

21 | Plaintiff,

Case No. 3:19-cv-00431-MMD-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

22 | v.

23 | BRALOWER, et al.,

24 | Defendants.

25 | JASMINE PAUL SANCHEZ,

26 | Plaintiff,

Case No. 3:19-cv-00432-MMD-CLB

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

27 | v.

28 | GITTERE, et al.,

Defendants.

1

| | |
|---|---|
| 1   JASMINE PAUL SANCHEZ,<br><br>2           Plaintiff,<br><br>3   v.<br><br>4   JONES, et al.,<br><br>5           Defendants. | Case No.  3:19-cv-00447-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 6   JASMINE PAUL SANCHEZ,<br><br>7           Plaintiff,<br><br>8   v.<br><br>9   KIRCHEN, et al.,<br><br>10          Defendants. | Case No.  3:19-cv-00448-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 11   JASMINE PAUL SANCHEZ,<br><br>12          Plaintiff,<br><br>13   v.<br><br>14   GITTERE, et al.,<br><br>15          Defendants. | Case No.  3:19-cv-00492-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 16   JASMINE PAUL SANCHEZ,<br><br>17          Plaintiff,<br><br>18   v.<br><br>19   HOMAN, et al.,<br><br>20          Defendants. | Case No.  3:19-cv-00527-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 21   JASMINE PAUL SANCHEZ,<br><br>22          Plaintiff,<br><br>23   v.<br><br>24   ROSE, et al.,<br><br>25          Defendants. | Case No.  3:19-cv-00557-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

2

| | |
|---|---|
| 1    JASMINE PAUL SANCHEZ, | Case No. 3:19-cv-00757-RCJ-CLB |
| 2               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3    v. | |
| 4    MANNING, et al., | |
| 5               Defendants. | |
| 6    JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00291-MMD-WGC |
| 7               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8    v. | |
| 9    WICKHAM, et al., | |
| 10               Defendants. | |
| 11    JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00319-APG-CLB |
| 12               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13    v. | |
| 14    HOMAN, et al., | |
| 15               Defendants. | |
| 16    JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00610-MMD-CLB |
| 17               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18    v. | |
| 19    REUBART, et al., | |
| 20               Defendants. | |
| 21    JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00577-MMD-CLB |
| 22               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23    v. | |
| 24    JONES, et al., | |
| 25               Defendants | |

26      IT IS HEREBY STIPULATED by and between Jasmine Paul Sanchez, in proper person, and

27    Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

28    Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the

3

1  Settlement Agreement between the parties, that the above-captioned actions should be dismissed with

2  prejudice by order of this Court, with each party to bear his own costs.

3  DATED this 14 day of December, 2020.          DATED this _____ day of December, 2020

4                                                                    AARON D. FORD

5                                                                    Attorney General

6

7  _____          By _____

8  JASMINE PAUL SANCHEZ                      DOUGLAS R. RANDS, Bar No. 3572
   Plaintiff, *Pro Se*                       Senior Deputy Attorney General

9                                            MEREDITH BERESFORD, Bar No. 13308
                                             Deputy Attorney General

10

11                                           *Attorneys for Defendants*

12                                           IT IS SO ORDERED.

13

14  _____

15                                           UNITED STATES DISTRICT JUDGE

16                                           DATED:  December 15, 2020

17

18

19

20

21

22

23

24

25

26

27

28